# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| CHAMBERS OF | MARTIN LUTHER KING COURTHOUSE |
|---|---|
| **ESTHER SALAS** | **50 WALNUT ST.** |
| **UNITED STATES MAGISTRATE JUDGE** | **ROOM 2060** |
| | **NEWARK, NJ 07101** |
| | **973-297-4887** |

May 20, 2010

## LETTER ORDER

Re:   **Mark Stevens v. City of Newark Police Department, et al.**
      **Civil Action No. 09-1279 (PGS)**

Dear Counsel:

Please be advised that an in-person settlement conference will take place on **July 14, 2010 at 10:00 a.m.**  One week prior to the conference, each party is to deliver to the Court a confidential letter, NOT to exceed 5 pages in total, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement. Trial counsel and clients with full settlement authority are to be present IN PERSON at the conference.  Any failure in this regard shall result in the imposition of sanctions.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.M.J**