# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**CHAMBERS OF**
**ESTHER SALAS**
**UNITED STATES MAGISTRATE JUDGE**

**MARTIN LUTHER KING COURTHOUSE**
**50 WALNUT ST.**
**ROOM 2060**
**NEWARK, NJ 07101**
**973-297-4887**

June 23, 2010

## TEMPORARY LETTER ORDER TO SEAL

Re:  Stevens v. City of Newark
     Civil Action No. 09-1279 (PGS)

Dear Counsel:

This Court has just entered a Consent Order dated June 22, 2010. Contained within said Order is information that is alleged by the parties to be confidential. Therefore, this Court, pursuant to the authority of L.Civ.R. 5.3(c)(6) hereby by orders that the Consent Order will be temporarily sealed. Parties shall have until **July 5, 2010** to file a formal motion to seal. If no formal motion to seal is filed by said date, this temporary order shall expire.

**SO ORDERED.**

s/Esther Salas
**Esther Salas, U.S.M.J**