ANNA P. PEREIRA
CORPORATION COUNSEL
920 Broad Street, Room 316
Newark, New Jersey 07102
Attorney for Defendants City of Newark (Improperly pled as "City of Newark Police Dept.", Former Police Chief Campos, Officer Smith, Officer Alvarado, Officer Nieves and Sgt. Venancio

By: Avion M. Benjamin (AB-5629)
    Assistant Corporation Counsel
    (973) 733-3880

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MARK STEVENS,** | CIVIL ACTION NO. 09-1279 (PGS) |
| Plaintiff, | |
| v. | NOTICE OF MOTION FOR SUMMARY JUDGMENT |
| **CITY OF NEWARK POLICE DEPARTMENT,** and in both their individual and professional capacity **POLICE OFFICER SILAS SMITH, JR., POLICE OFFICER CARLOS ALVARADO, POLICE OFFICER ANTHONY VENANCIO, POLICE OFFICER NEIVES, POLICE CHIEF ANTHONY CAMPOS,** ABC CORPS 1-20 (said names being fictitious), JOHN DOES 1-20 (said names being fictitious) | |
| Defendants. | |

TO:   Andrew R. Bronsnick, Esq.
      Joseph A. Massood
      50 Packanack Lake Road East
      Wayne, New Jersey 07470

COUNSEL:

**PLEASE TAKE NOTICE** that on a date and time to be fixed by the Court, the undersigned shall apply to the United States District Court for the District of New Jersey for an Order for Summary

Judgment pursuant to Fed. R. Civ. P. 56 as a matter of law in favor of the Defendants; and

**TAKE FURTHER NOTICE**, that the Defendants shall rely upon the annexed Declaration and Brief; and

**TAKE FURTHER NOTICE**, that oral argument is requested if opposition is filed; and

**TAKE FURTHER NOTICE**, that a proposed Form of Order is attached.

                                ANNA P. PEREIRA
                                CORPORATION COUNSEL
                                ATTORNEYS FOR DEFENDANTS
                  BY:  /s/ Avion M. Benjamin
                                AVION M. BENJAMIN
                                ASSISTANT CORPORATION COUNSEL

DATE:     MAY 9, 2011

## DECLARATION OF SERVICE

On May 9, 2011, I, Avion M. Benjamin, Assistant Corporation Counsel caused to be served the within motion papers and supporting documents via electronic service upon the Court and all counsel of record:

>Andrew R. Bronsnick, Esq.
>Joseph A. Massood
>50 Packanack Lake Road East
>Wayne, New Jersey 07470

**I HEREBY** declare and affirm that to the best of my knowledge the foregoing statements are true. I am aware that if such statements are willfully false, I am subject to punishment.

>ANNA P. PEREIRA
>CORPORATION COUNSEL
>ATTORNEYS FOR DEFENDANTS
>
>BY: /s/Avion M. Benjamin
>AVION M. BENJAMIN (AB5629)
>ASSISTANT CORPORATION COUNSEL