ANNA P. PEREIRA
CORPORATION COUNSEL
920 Broad Street, Room 316
Newark, New Jersey 07102
Attorney for Defendants City of Newark (Improperly pled as "City of Newark Police Dept.", Former Police Chief Campos, Officer Smith, Officer Alvarado, Officer Nieves and Sgt. Venancio

By:  Avion M. Benjamin (AB-5629)
     Assistant Corporation Counsel
     (973) 733-3880

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MARK STEVENS,** | CIVIL ACTION NO. 09-1279 (PGS) |
| Plaintiff, | |
| v. | **PROPOSED FORM OF ORDER** |
| CITY OF NEWARK POLICE DEPARTMENT, and in both their individual and professional capacity POLICE OFFICER SILAS SMITH, JR., POLICE OFFICER CARLOS ALVARADO, POLICE OFFICER ANTHONY VENANCIO, POLICE OFFICER NEIVES, POLICE CHIEF ANTHONY CAMPOS, ABC CORPS 1-20 (said names being fictitious), JOHN DOES 1-20 (said names being fictitious) | |
| Defendants. | |

**THIS MATTER** having come before the Court by way of Complaint; and the Defendants filing the instant action requesting that Summary Judgment be granted in its entirety as a matter of law in favor of the Defendants pursuant to Fed. R. Civ. P. 56; and the Plaintiff having the opportunity to submit opposition to Defendants' motion; and Defendants having the opportunity to submit

a reply to Plaintiff's opposition; and the Court having granted and heard oral argument if appropriate and having considered the submissions of all parties:

**IT IS ON THIS _____ DAY OF _____, 2011:**

**ORDERED THAT:**

1. Defendants' Motion for Summary Judgment is hereby granted in its entirety as a matter of law pursuant to Fed. R. Civ. P. 56.

_____
U.S.D.J.