United States District Court
for the District of New Jersey

_____

**MARK STEVENS,**

              Plaintiff,

      v.

**CITY OF NEWARK POLICE DEPARTMENT, et al.**

              Defendants.
_____

Civil No. 09-1279

Order of Reassignment

It is on this 21st day of June 2011,

O R D E R E D that the entitled action is reassigned

from Judge Peter G. Sheridan to Judge Claire C. Cecchi.

                                                        _____s/Garrett E. Brown, Jr._____
                                                        Garrett E. Brown, Jr., Chief Judge
                                                        United States District Court