<table>
<tr><td>JOSEPH A. MASSOOD<br>ANDREW R. BRONSNICK *<br>_____<br><br>*NJ, NY, DC and MD Bars<br>^ NJ and NY Bars<br>+ NJ, NY, DC and WA Bars</td><td align="center">**MASSOOD & BRONSNICK, LLC**<br>COUNSELLORS AT LAW<br><br>50 PACKANACK LAKE ROAD EAST<br>Wayne, New Jersey 07470-6663<br>(973) 696-1900<br>Fax (973) 696-4211<br><br>Email: MAIL@MASSOODLAW.COM</td><td>KEVIN J. SAVAGE +<br>BRENDAN H. MORRIS ^<br>ALLISON T. KURTZ<br><br><br>PARALEGALS<br>ELIZABETH BABITSCH<br>DARA K. SIERRA</td></tr>
</table>

February 6, 2012

<u>VIA ECF FILING</u>
Honorable Claire C. Cecchi, USDJ
U.S. District Court, District of New Jersey
Dr. Martin Luther King Jr., Fed. Bldg. & Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    Stevens v. City of Newark
            Docket No.:  09-1279 (PGS)

Dear Judge Cecchi:

      We represent the Plaintiff in the above-referenced matter. Plaintiff, Mark Stevens, hereby withdraws its Motion to Enforce Settlement [Docket Entry 36]. Said withdrawal is made without prejudice based upon the representation of Defense counsel that the settlement payment will be transmitted to my office today.

      Thank you for your time and consideration.

                           Respectfully,

                           By: _____
                                ANDREW R. BRONSNICK, ESQ.

cc: Avion M. Benjamin, Esq. (Via ECF)